1 **Law Office of John A. Conley, P.C.**
  **4647 N. 32nd Street, Suite 170**
2 **Phoenix, Arizona 85018**
  **(602) 307-0781 (Office)**
3 **(602) 307-0784 (Facsimile)**

4 John A. Conley, State Bar #016429
  johnconley@jaclaw.net
5 Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pet Holdings, Inc., a Delaware corporation, | Case No. 2:10-CV-00189-MHB |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS AND E-MAIL ADDRESS** |
| John Doe, registrant of domain name ‹failbook.com›, | |
| Defendant. | |

PLEASE TAKE NOTICE that the John A. Conley has relocated to 4647 N. 32nd Street, Suite 170, Phoenix, Arizona 85018. Mr. Conley's e-mail address is now johnconley@jaclaw.net.

Please direct all future communications and filings in this matter to these addresses.

RESPECTFULLY SUBMITTED this 9th day of February, 2010.

                                              LAW OFFICE OF JOHN A CONLEY, P.C.


                                              __s/ John A. Conley_____
                                              John A. Conley
                                              Attorneys for Plaintiff

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2010, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Venkat Balasubramani
Focal PLLC
8426 40th Avenue SW
Seattle, Washington 98136
venkat@focallaw.com
Co-counsel for Plaintiff

_____s/ Gail Ivey_____