**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| PET HOLDINGS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>JOHN DOE, registrant of domain name <failbook.com>,<br><br>             Defendant. | NO.  CV10-00189-PHX-MHB<br><br>**ORDER** |

The Parties, having entered into a Stipulation Regarding Transfer of Domain Name and Dismissal (Doc. #13), and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Conduct Expedited Discovery (Doc. #10) is **DENIED** as moot;

**IT IS FURTHER ORDERED** that the domain name <failbook.com> shall be transferred from Castillo to PHI, and the registrar of record (the "***Registrar***") for the Domain Name shall effectuate the transfer upon receipt of a copy of this Order;

\\\
\\\
\\\

**IT IS FURTHER ORDERED** that the lawsuit is hereby **DISMISSED** with prejudice, each party to bear their own fees and costs.

**Dated this 9th day of March, 2010.**

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge